**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL J. PENDLETON, | : | No. 73 WM 2018 |
| Petitioner | : | |
| v. | : | |
| MELISSA HAINSWORTH, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of September, 2018, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Habeas Corpus, the Application for an Immediate Hearing, and the Application for Leave to File Supplement are DENIED.